UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-81349-CV-MIDDLEBROOKS

MAXINE FURS OF HOOVER, INC.,

    Plaintiff,

v.

GROUNDHOG ENTERPRISES, INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on the Joint Stipulation of Dismissal filed by Plaintiff Maxine Furs of Hoover, Inc., and Defendant Groundhog Enterprises, Inc., filed on December 14, 2023. (DE 47). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no Order of the Court is required to dismiss the claims.

Accordingly, it is hereby **ORDERED and ADJUDGED** that

1. Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE.**
2. The Clerk of Court shall **CLOSE THIS CASE.**
3. Any pending motions are **DENIED AS MOOT.**
4. Each Party shall bear its own costs and fees.

**SIGNED** in Chambers in West Palm Beach, Florida, this ___15___ day of December, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record

1